Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADC TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, NINTENDO OF AMERICA INC., SONY CORPORATION OF AMERICA. and SONY COMPUTER ENTERTAINMENT AMERICA INC., <br><br> Defendants. | Cause No. 2:08-cv-01579-RSM <br><br> VOLUNTARY DISMISSAL AND [PROPOSED] ORDER <br><br> JURY TRIAL DEMANDED |

**<u>VOLUNTARY DISMISSAL OF DEFENDANT</u>**

**<u>SONY CORPORATION OF AMERICA</u>**

Plaintiff ADC Technology, Inc. ("ADC") hereby moves this Honorable Court for a Voluntary Dismissal, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), of Defendant SONY CORPORATION OF AMERICA.

Defendant SONY CORPORATION OF AMERICA has not made an appearance in this matter. Plaintiff ADC has not previously dismissed any federal- or state-court action based on or including the same claim or claims as those that were brought in this matter.

      Plaintiff has not released, and nothing in this Voluntary Dismissal shall be construed as a release or discharge of, any claim Plaintiff has or may have in the future against any other Defendant named in this action. All other such rights have been and are expressly reserved.

      Dated this 16th day of January, 2009.     Respectfully submitted,

                                                      /s/ John Whitaker
John Whitaker, WSBA No: 28868
WHITAKER LAW GROUP
1420 Fifth Avenue, Suite 2200
Seattle, Washington 98101
Phone (206) 319-1575
Fax (206) 347-1057
john@wlawgrp.com

Attorneys for Plaintiff ADC Technology, Inc.

It is so ORDERED this ___ day of January, 2009

_____
Honorable Ricardo S. Martinez

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of January, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of all attorneys of record.

Dated this 16th day of January, 2009.

      /s/ John Whitaker
John Whitaker, WSBA No: 28868
WHITAKER LAW GROUP
1420 Fifth Avenue, Suite 2200
Seattle, Washington  98101
Phone (206) 319-1575
Fax (206) 347-1057
*john@wlawgrp.com*

Voluntary Dismissal: Sony USA - 3

MANN LAW GROUP
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101 TELEPHONE:
206.274.5100