Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADC TECHNOLOGY, INC., <br><br>    Plaintiff, <br><br>    v. <br><br>MICROSOFT CORPORATION, NINTENDO OF AMERICA INC., SONY CORPORATION OF AMERICA. and SONY COMPUTER ENTERTAINMENT AMERICA INC., <br><br>    Defendants. | Cause No. 2:08-cv-01579-RSM <br><br> STATUS REPORT <br><br> JURY TRIAL DEMANDED |

### STATUS UPDATE

On July 20th 2009, this Court entered the stipulated motion to stay these proceedings pending the outcome of requests for reexamination that were entered in each of the five patents-in-suit. Plaintiff was ordered to file every six months a status report advising the Court of the progress of the reexamination requests.

As of this date, Plaintiff's original five requests for reexamination have all been granted, and the patents are awaiting reexamination. Defendants have also filed their supplemental requests for reexamination of all five patents-in-suit. Four of the Defendants' five supplemental requests for reexamination have been granted, and one request has not been ruled upon by the Patent Office as of this date.

1  Plaintiff will continue to submit status reports every six months during the pendency
2  of the reexaminations.
3
4  Dated this 20th day of January, 2010.    Respectfully submitted,
5
6   /s/ John Whitaker
   John Whitaker, WSBA No: 28868
7  WHITAKER LAW GROUP
   1420 Fifth Avenue, Suite 2200
8  Seattle, Washington  98101
   Phone (206) 319-1575
9  Fax (206) 347-1057
10  john@wlawgrp.com
11  Attorneys for Plaintiff ADC Technology, Inc.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Status Update - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of January, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of all attorneys of record.

Dated this 20th day of January, 2010.

    /s/ John Whitaker
John Whitaker, WSBA No: 28868
WHITAKER LAW GROUP
1420 Fifth Avenue, Suite 2200
Seattle, Washington  98101
Phone (206) 319-1575
Fax (206) 347-1057
*john@wlawgrp.com*

Status Update - 3

MANN LAW GROUP
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101 TELEPHONE:
206.274.5100