Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADC TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, NINTENDO OF AMERICA INC., SONY CORPORATION OF AMERICA AND SONY COMPUTER ENTERTAINMENT AMERICA INC., <br><br> Defendants. | Cause No. 2:08-cv-01579-RSM |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff ADC Technology, Inc. ("ADC") and Defendant Nintendo of America Inc. ("Nintendo") have agreed that ADC will dismiss with prejudice all claims for relief against Nintendo asserted in this action;

IT IS HEREBY ORDERED that all claims and defenses between ADC and Nintendo are hereby dismissed with prejudice, each side to bear its own costs and expenses, including attorney's fees, incurred in connection with this action.

ADC and Nintendo's Stipulation to Dismiss with Prejudice is hereby GRANTED.

IT IS SO ORDERED this _____ day of _____, 2016.

_____
Honorable Ricardo S. Martinez